NICHOLAS LAGRAVINESE, an Infant, by JOSEPH LAGRAVINESE, His Guardian ad Litem, and JOSEPH LAGRAVINESE, Respondents, v. KNICKERBOCKER ICE COMPANY, Appellant.— Action by the infant plaintiff, nine years old, to recover damages for personal injuries sustained when he was precipitated onto a moving ice conveyer on the platform of defendant's plant, to which he had come with his father, a retail ice dealer. Action also by father to recover for medical expenses and loss of services. Among other things the father testified that this nine-year old son was a " helper " on the ice wagon at the time it went to defendant's ice plant to get a load of ice; and thereby established that the boy was an invitee on the premises. Appeal by defendant from judgment in favor of plaintiffs. Judgment reversed on the law and the facts and a new trial granted, with costs to abide the event, on the ground that the verdict is against the weight of evidence

and the probabilities on the questions of negligence and contributory negligence. (*Cantor* v. *National Surety Co.*, 208 App. Div. 370, 373; *Szpyrka* v. *International Railway Co.*, 213 id. 390, 393; *Higgins* v. *Mason*, 226 id. 426; *Serina* v. *New York Railways Corporation*, 238 id. 302, 303.) Young, Carswell, Davis, Adel and Taylor, JJ., concur.